AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

/s/ Gregory T. Murphy

| Date | Signature |

| Print Name | Bar Number |

Address

| City | State | Zip Code |

| Phone Number | Fax Number |

1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Everardo Rivas-Lugo

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE PETER C. LEWIS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08MJ8390 |
| Plaintiff, ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| EVERARDO RIVAS-LUGO, ) | |
| Defendant. ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

Respectfully submitted,

DATED:    May 13, 2008              /s/ Gregory T. Murphy
                                    **GREGORY T. MURPHY**
                                    Federal Defenders of San Diego, Inc.
                                    Attorneys for Everardo Rivas-Lugo